# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUALIK HASSAN TISDALE, | No. 4:19-CV-01278 |
| Plaintiff, | (Judge Brann) |
| v. | |
| C. WHITMER, *et al.*, | |
| Defendants. | |

## ORDER

### JULY 10, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment, Doc. 19, is **GRANTED**;

2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants and as against Plaintiff on all claims; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge